STROOCK & STROOCK & LAVAN LLP
LISA M. SIMONETTI (State Bar No. 165996)
MARCOS D. SASSO (State Bar No. 228905)
2029 Century Park East, Suite 1600
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
lacalendar@stroock.com

Attorneys for Defendant
CITIBANK (SOUTH DAKOTA), N.A.

Priority Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

**ORIGINAL**

FILED
CLERK U.S. DISTRICT COURT
DEC 14 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS JACKSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK (SOUTH DAKOTA), N.A., a corporation and DOES 1 through 100, INCLUSIVE,<br><br>Defendant. | Case No. CV07-07776 SVW (SHx)<br><br>Assigned to the Honorable Stephen V. Wilson, Ctrm. 6<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT CITIBANK (SOUTH DAKOTA), N.A. TO RESPOND TO THE COMPLAINT<br><br>Action Filed: October 30, 2007 |

LA 51013497v1
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT CITIBANK (SOUTH DAKOTA), N.A. TO RESPOND TO THE COMPLAINT

## STIPULATION

WHEREAS, this action was filed by plaintiff Carlos Jackson ("Plaintiff") on or about October 30, 2007;

WHEREAS, this action was removed to the above-captioned Court on November 29, 2007 by defendant Citibank (South Dakota), N.A. ("Citibank");

WHEREAS, the last day for Citibank to respond to the Complaint currently is December 6, 2007;

WHEREAS, Plaintiff has agreed to extend the time in which Citibank must respond to the Complaint for a period of twenty-eight (28) days, to and including January 2, 2008; and

WHEREAS, good cause for the extension exists because Citibank's counsel requires additional time to investigate the allegations of the Complaint.

IT IS HEREBY STIPULATED, by and between Plaintiff and Citibank, through their respective counsel of record, that the time for Citibank to respond to the Complaint shall be extended for a period of twenty-eight (28) days, to and including January 2, 2008.

//
//
//
//
//
//
//
//
//
//
//
//

1  IT IS HEREBY STIPULATED, by and between Plaintiff and Citibank, that
2  the time for Citibank to respond to the Complaint by answer, motion or otherwise
3  shall be extended from December 6, 2007 to and including January 2, 2008.
4  IT IS SO STIPULATED.

5  Dated: December 5, 2007                CARLOS JACKSON

7                                         By: ─────────────────────────
8                                               Carlos Jackson

9                                         Plaintiff in pro se

11 Dated: December 5, 2007                STROOCK & STROOCK & LAVAN LLP
                                          LISA M. SIMONETTI
12                                        MARCOS D. SASSO

14                                        By: ─────────────────────────
                                                Marcos D. Sasso

16                                        Attorneys for Defendant
                                          CITIBANK (SOUTH DAKOTA), N.A.

- 2 -
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT CITIBANK (SOUTH DAKOTA), N.A. TO RESPOND TO THE COMPLAINT

LA 51013497v1

## ORDER

IT IS HEREBY ORDERED that, pursuant to the Stipulation between the parties, the time by which defendant Citibank (South Dakota), N.A. must respond to the Complaint of plaintiff Carlos Jackson by answer, motion or otherwise is extended from December 6, 2007 to and including January 2, 2008.

**IT IS SO ORDERED.**

Dated: 12/14/07

*[signature]*

The Honorable Stephen V. Wilson
United States District Judge

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Suite 1800, Los Angeles, California 90067-3086.

On **December 5, 2007**, I served the foregoing document(s) described as: **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT CITIBANK (SOUTH DAKOTA), N.A. TO RESPOND TO THE COMPLAINT** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Carlos Jackson
13428 Maxella Avenue
Marina Del Rey, California 90292

☐ **(VIA PERSONAL SERVICE)** By causing to be delivered the document(s) listed above to the person(s) at the address(es) set forth above.

☒ **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth below.

☐ **(VIA FACSIMILE)** By causing such document to be delivered to the office of the addressee via facsimile.

☐ **(VIA OVERNIGHT DELIVERY)** By causing such envelope to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express or by a similar overnight delivery service.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on **December 5, 2007**, at Los Angeles, California.

Lori A. Reed
[Type or Print Name]                    [Signature]

LA 51013497v1