STROOCK & STROOCK & LAVAN LLP
LISA M. SIMONETTI (State Bar No. 165996)
MARCOS D. SASSO (State Bar No. 228905)
2029 Century Park East, Suite 1600
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
lacalendar@stroock.com

Attorneys for Defendant
CITIBANK (SOUTH DAKOTA), N.A.

FILED
CLERK, U.S. DISTRICT COURT
FEB 27 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

___ Priority
___ Send
___ Clsd
___ Enter
✓ JS-5/JS-6
___ JS-2/JS-3

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS JACKSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITIBANK (SOUTH DAKOTA), N.A., a corporation and DOES 1 through 100, INCLUSIVE,<br><br>Defendants. | Case No. CV07-07776 SVW (SHx)<br><br>[Assigned to the Honorable Stephen V. Wilson]<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER THEREON**<br><br>[Pursuant to Fed. R. Civ. Proc. 41(a)(1)]<br><br>Action Filed: October 30, 2007 |

LA 51015728v1

1     **IT IS HEREBY STIPULATED** by and between plaintiff Carlos Jackson
2 ("Plaintiff") and defendant Citibank (South Dakota), N.A. ("Citibank"), through their
3 designated counsel, that the above-captioned action be and hereby is dismissed with
4 prejudice, including all claims asserted by Plaintiff against Citibank, pursuant to
5 FRCP 41(a)(1). Each side shall bear their own attorneys' fees and costs incurred
6 herein.

8 Dated: February 25, 2008      STROOCK & STROOCK & LAVAN LLP
    LISA M. SIMONETTI
    MARCOS D. SASSO

By: _____
    Marcos D. Sasso

Attorneys for Defendant
CITIBANK (SOUTH DAKOTA), N.A.

15 Dated: February 4, 2008      CARLOS JACKSON

By: _____
    Carlos Jackson

Plaintiff in *pro se*

**IT SO ORDERED.**
Dated: February 26, 2008

By: _____
    JUDGE OF THE UNITED STATES DISTRICT COURT

- 1 -

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                     ) ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Los Angeles, CA 90067-3086.

On February 25, 2008, I served the foregoing document(s) described as: **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** on the interested parties in this action as follows:

> Carlos Jackson
> 13428 Maxella Avenue
> Marina Del Rey, California

[X] **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth above. The foregoing document was mailed to the home address of a pro se litigant and therefore, pursuant to General Order No. 07-08(VI)(D)(5), personal identifying information has been redacted and only the city and state are listed. The foregoing document was served at the complete postal address of the individual identified above.

[ ] **(VIA ELECTRONIC CASE FILING)** I filed electronically the documents listed above, using the [court name]'s electronic case filing service, on [date]. Counsel of record are registered to file electronically with this Court, and receive copies of the documents via e-mail from the Court to confirm filing.

[ ] **(VIA FACSIMILE)** By causing such document to be delivered to the office of the addressee via facsimile.

I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 25, 2008, at Los Angeles, California.

Gayle Grace                                    /s/ Gayle Grace
[Type or Print Name]                           [Signature]

LA 51015728v1